IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NO. 1:20-CR-478 |
| | ) | |
| Plaintiff | ) | JUDGE POLSTER |
| | ) | |
| Vs. | ) | LETTERS OF SUPPORT |
| | ) | |
| RAYMOND ERKER | ) | |
| | ) | |
| Defendant | ) | |

Defendant, by and through counsel, does hereby file the attached letters of support to be

mentioned at the sentencing hearing set for August 2, 2022.

                Respectfully submitted,

                \\s\\ Bret Jordan_____
                BRET JORDAN, 0059939
                Bret Jordan Co., LPA
                Terminal Tower
                50 Public Square, #1900
                Cleveland, OH 44113
                (216) 640-8888
                (216) 357-3305 fax
                Bret@jordancriminaldefnse.com
                Attorney for Defendant

CETIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Letters has been forwarded to all parties
via Clerk's Office electronic filing on this 29th day of July, 2022.

                \\s\\ Bret Jordan_____
                BRET JORDAN, 0059939
                Attorney for Defendant